IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ROBERT HENDERSHOT,<br><br>    Plaintiff,<br><br>v.<br><br>GURSTEL LAW FIRM, P.C., a corporation; CHADD A. JOHNSON, an individual; and DOES 1-10,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:20-cv-00118-DBB-DAO<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, the court accepted the Report and Recommendation of Magistrate Judge Oberg as modified in the Memorandum Decision and Order entered January 8, 2021.[1] This matter is dismissed with prejudice, each party to bear its own costs, expenses, and attorney fees. The Clerk of Court is directed to close this case.

Signed January 8, 2021.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 24.